JENNIFER M. OLIVER (SBN 311196)
jennifer.oliver@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 W. Broadway, Suite 1100
San Diego, CA 92101
Telephone:  619-239-8700
Fax:          619-702-3898

Attorneys for DEFENDANT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MICHELLE ANDRIZZI on behalf of herself and all others similarly saturated,

Plaintiff(s),

vs.

IDMERIT LLC,

Defendant(s).

Case No.:  3:26-CV-01527-BJC-AHG

*Assigned to Hon. Benjamin J. Cheeks Courtroom 3A*

**UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Complaint Filed:

Defendant IDMerit, LLC, by and through counsel, and respectfully moves this Honorable Court for an extension of time to file its Response to Plaintiff's Complaint and in support thereof states as follows:

WHEREAS, on March 11, 2026, Plaintiff filed the Complaint;

WHEREAS, on March 18, 2026, Defendant was served with the Complaint;

WHEREAS, the current deadline for Defendant to file a response to the Complaint is April 8, 2026;

WHEREAS, Defendant has just retained litigation counsel for this matter and counsel requires additional time to review the facts and prepare a response to the Complaint;

1

WHEREAS, on April 6, 2026, the parties met and conferred, and Plaintiff's counsel has indicated that they do not oppose this request;

WHEREAS, this request is made in good faith and not for the purpose of delay;

WHEREAS, this is the first request for an extension regarding this deadline;

WHEREFORE, the Defendant, pursuant to Local Rule 7.1(a) respectfully requests that this Court grant this unopposed motion to extend the deadline to file a response to the Complaint by 30 days, making the new deadline May 8, 2026

DATED: April 8, 2026                    BUCHANAN INGERSOLL & ROONEY LLP

By:  /s/ Jennifer M. Oliver
JENNIFER M. OLIVER
Attorneys for Defendant

UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT                                                      3:26-CV-01527-BJC-AHG